**GIBSON DUNN**

Matthew D. McGill
Partner
T: +1 202.887.3680
M: +1 202.407.2288
mmcgill@gibsondunn.com

January 17, 2025

<u>FILED ELECTRONICALLY</u>

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

**Re:    Consolidated Serta Appeals (Nos. 23-20181, 23-20363, 23-20450, 23-20451)**

Dear Mr. Cayce:

     I write to inform the Court that certain Appellees in these cases intend to respond to the Excluded Lenders' Motion to Clarify Scope of Remand (Dkt. 262, No. 23-20181) and the LCM Lenders' Motion for Clarification (Dkt. 267, No. 23-20181).  The Appellees will file both responses within the time period allotted by Federal Rule of Appellate Procedure 27(a)(3)(A).

Sincerely,

*/s/ Matthew D. McGill*
Matthew D. McGill